# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JACOB GUERRERO | ) | Case No.   22-6182-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 17, 2021   in the county of   Norfolk   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | Sexual Exploitation of a Child and Attempt |

This criminal complaint is based on these facts:

See attached Affidavit of FBI SA Geoffrey Kelly

☐ Continued on the attached sheet.

/s/ Geoffrey Kelly

*Complainant's signature*

FBI SA Geoffrey Kelly

*Printed name and title*

Sworn to before me telephonically pursuant to Fed. R. Crim. P. 4.1

Date:   04/12/2022

*Judge's signature*

City and state:   Boston MA

M. Page Kelley, Chief Magistrate Judge

*Printed name and title*