✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City** __Norfolk__   **Related Case Information:**

**County** __Norfolk__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __22-6182-MPK__
Search Warrant Case Number __21-6766-MPK, 21-6175, 22-6176__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JACOB GUERRERO__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Woodland, CA__

Birth date (Yr only): __1998__   SSN (last4#): __4483__   Sex __M__   Race: __W__   Nationality: _____

**Defense Counsel if known:** __Jessica Thrall__   Address __Federal Defender's Office, 51 Sleeper Street__

**Bar Number** _____   __5th Floor, Boston MA 02210__

**U.S. Attorney Information:**

**AUSA** __Mark Grady__   Bar Number if applicable __630672__

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** __04/14/2022__

☑ Already in Federal Custody as of __04/14/2022__ in __transit from EDCA__ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __06/23/2022__   Signature of AUSA: __/s/ Mark J. Grady__

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 2251 | Sexual Exploitation of a Child and Attempt | 1 |
| Set 2 | 18 USC 2253 | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** additional sw 22-6177. 22-0273 (EDCA), 22-0274 (EDCA)