1/31/2024

To Whom It May Concern:

Re: Jacob Guerrero

Having met Jacob through a local church bible study and mutual attendance of a church (The Father's House, Vacaville, CA) a discipleship/mentorship relationship began.

My name is Kenton Keithly, age 72 a retired addiction counselor of over 30 years in the areas of chemical and sexual addiction. The counseling services were for teens and their families in our public school system. Today, I oversee small groups in our local church, one which is a men's discipleship/leadership class.

Jacob attended both groups voluntarily, what stood out to me, was that after a period of his attendance I began seeing a transformation within him. He started volunteering to help with set up and breaking down the group, as well as serving in any and every capacity that he was able to. Through this change he also brought his parents into the journey with him who began attending. What was exceptional about this young man, as trust grew within the group, he laid out the hidden things of his past. With my experience, I know this is the beginning of the healing process.

Jacob's attendance was perfect with both small groups. At his request we began a 1 on 1 discipleship. His desire to follow instructions and carry them through was commendable. He was selfless in his demonstration of helping others and honesty of speaking about his past. He understood, by his own confession the concept of consequences of right and wrong. A trait that is sometimes lost in this generation.

With that being said, I saw a young man, whose life was transformed by recognizing the wrong he had done and the changes that would lead him to restoration and repair.

Most Sincerely,
  Kenton C. Keithly
  Small Group Counselor
  Father's House Vacaville, CA
  510-908-1812
  KcKeithly@aol.com

Norah Jacks
6 Amherst Place
Woodland, CA 95695
July 12, 2023

To whom it may concern:

I am writing this letter on behalf of Jake Guerrero, who is presently incarcerated for crimes committed in past years. I met Jake at a weekly Bible study/prayer meeting in 2022. I knew nothing of his background at that time, but I found him to be a very polite young man, always willing to serve where ever help was needed.

I was particularly impressed with Jake's spiritual growth, his love for the Lord, and his commitment to the Bible study. He never missed a week. Needless to say, I was shocked and deeply saddened when I learned of his transgressions. Surely, this was not the same young man I had come to appreciate and respect.

Obviously, there was a big change in Jake's life when he made peace with God. His sins were washed away, and he became a new creature in Christ. It is my understanding that he has been teaching Bible studies to his fellow prison inmates. This is further evidence of his repentant heart.

Jake is fully aware that he must pay a price for the sins of the past. I hope and pray a day of freedom will come for him as justice and mercy are extended on his behalf.

Sincerely,

Norah Jacks

1/31/2024

To Whom It May Concern:

Re: Jacob Guerrero

Hi, my name is Kevin Bedard. I attend a church in Fairfield California (Liberty) and I am the founder of a Christian non-profit organization Redeemed Ekklesia. Prior to Jake being in custody I had met him through a mutual friend who ran small groups in Woodland, CA. He was part of a men's group that I had attended. I had seen him there regularly and eventually he had shared his story with us and some of the things he was facing. I quickly learned that he was attending AA groups, had a sponsor within that organization. He was very involved with both the AA as well as receiving mentorship from the leader of the church group. A man named Kenton Keithly.

After getting to know Jake I really began to see how he had opened up and I saw positive change. He did not just simply come to our group to be served, but also to serve the other men and contribute through sharing wisdom he gained from lessons that he had learned through his experiences. This was always encouraging to see! Many times, when we walk through challenges or have had to deal with the consequences of our actions, we can share those to benefit others and prevent them from having to go through similar things. Though each person has unique struggles or addictions. One thing I do know is the emotions and thoughts we go through can affect us in a similar fashion. I would even say that hearing Jake being transparent has redirected some thoughts and actions in my own life. I can't say I knew Jake prior to these groups, so all I know is the Jake that was on a journey of healing, showing compassion for others, and a willingness to grow as a young man himself. It was a joy to be around him and I would have had no idea or even imagined him doing the things he had in his past. Then again, I have heard the same thing from individuals when I have shared the testimony of Jesus and how he set me free from addiction. There is hope in this world that people can change and become major contributors to society and to their communities. I have been successful in this by surrounding myself around others going in a positive direction and being a part of a spiritual community. I see much of myself in Jake when it came to the beginning of my journey 13 years ago when I decided to change. Unfortunately, it was the law that initiated the climax in my own life, but it was just the beginning of the greatest years to come! Through the period I knew Jake and witnessed him attending groups and working with his sponsor. These were the same steps that that I took through my road of recovery. I pray this letter is encouraging and is a reminder that a few can and do change. This generally happens with those that are willing. If I could describe Jake in one word…willing would be it.

Sincerely,
 Kevin Bedard
Founder-Redeemed Ekklesia
707-718-1077
KevinBedard23@gmail.com

Jan Jorgens & John Eibensteiner
35498 Co. Rd. 29
Woodland, Ca. 95695
(916) 539-3534                                                                                                            8/17/23


Your honor,

Thank you for taking the time to read this letter that we have written on behalf of and in support of our dear friend Jacob Guerrero. Jake has been a precious part of our family since he was 3 years old. His mom, Kathy Guerrero, and I (Jan) met and became close friends in a Bible Study in our hometown of Davis, Ca. We met Jake when he came with his mom and brothers and sisters to help our family finish the construction of our farmhouse so we could welcome our eighth adopted child, Dezmon, home. We have had the privilege of adopting ten children: seven from Ethiopia and three from the Sacramento foster care system, eight of whom have special needs. Jake and our children became fast friends and spent much of their childhood together. My husband, John, and I are touched and impressed by the kindness, help and caring Jake has shown our children with special needs from the time they first met. It has been a joy to watch them interact over the decades of their friendship, as Jake has always been equally accepting of and encouraging to all our children, regardless of their challenges and abilities. We are truly fortunate to have Jake as a part of our family.

Although we are stunned and broken hearted to hear of the charges against Jake, we are comforted and not surprised in the least to learn that he has chosen to make right his life and relationship with God despite his current circumstances. Although we do not understand what may have caused him to do any of the things he is charged with, we absolutely do know, from our personal relationship with him over all these years, that Jake has a heart of gold and is a wonderful friend and mentor to many. He must have been in a very dark place, and not in his right mind if he did those things. The Jake we know and love has forever been a light and delight to everyone in our family. We are eternally grateful to God that He orchestrated our paths to cross so many years ago and we are blessed beyond measure to call Jake our "bonus son".

Your Honor, we sincerely hope that as a part of your deliberations, you will seriously consider the positive difference Jake has made, not only in our children's lives, but also in the lives of so many others.

Grateful for your time and consideration,

Jan Jorgens  B.S. (Child Development), BSN (Nursing), MSW (Social Work)
John Eibensteiner B.S Ag Econ

To Whom it may concern

My name is Kathy Guerrero. I am Jacob Guerrero's mother. As I am sure you can imagine, I write this letter with a heavy heart, given that my child is facing years in prison. I am hoping to help you to get some insight into his world in hopes that with that understanding, it will mitigate the reality of his mandated sentence .

Jake was born into a pretty hostile and broken marriage. He was the third of our four children with three older half sisters, my daughters. I would give birth to four children in the first five years of our marriage. The marriage was volatile and I have been told by our Dr. that children feel the stress in utero. He continued to feel the stress after his birth, and I filed for a legal separation just four months after he was born. Pediatricians have explained how this stress can affect brain development and undermine the sense of security a baby needs to thrive as a newborn. As Jake became a toddler he had difficulty communicating, as he had a speech impediment. This created a lot of frustration and distress for him and his sisters and parents who were trying to care for him. At about 4 years old it began to get better and when he started with reading tutor it went away. He also struggled with OCD tendencies and he stuttered. I found out that all of these issues were in a family of chemical imbalances and that he would likely outgrow them as his brain developed.

His father, Manny, is a former police officer, having served our community for over 40 years. He was the second oldest of 12 children and the firstborn son. His own father was very abusive and he was an alcoholic. Although Jake's dad, never hit anyone, and never drank at all, he was verbally and emotionally abusive. On one occasion, after hurting one of my daughters with his emotional abuse, I remember comforting her and telling her that while he is mean, one very important thing that he's done, if he does nothing else, is to break the cycle of physical abuse and alcoholism that so often continues for generations. He was doing his best, given what he had to draw from, but I was told by one of our many marriage therapists that he had Narcissistic Personality Disorder and was not very likely to make any great changes. I have read up on NPD and learned how the disorder affects children. It is destructive and all of my children have emotional scars and difficulty left from his parenting, our marriage, and the incredible dysfunction we all lived through.

Please do not read into my words that I blame Jake's dad for all of his problems, and looking back, I am sure I that was overly protective and didn't properly respond to Jake's needs.


Manny and I split up in March of 2005 when our kids were 10, 9, 7, and 5, with Jake being 7, almost 8. My daughters, his half sisters were 22, 20, and 18. Manny moved into an apartment where, unbeknownst to either of us, Jake was introduced to porn. The only time I ever saw any evidence of that type of activity in my home was when, on my desktop, the history had "what does a girl's breast look like". I spoke to the boys and excused it as normal childhood curiosity.

While we were still living together, our home was a Christian home, however with so much arguing and dysfunction, one might not have guessed that by looking at us. But we went to church every week, my girls were in youth group and Manny and I are still believers in Jesus Christ. Jake knew that what he was doing, looking at porn and whatever thoughts he was having connected to it was wrong, I'm sure, and it must've been difficult to manage . Although I had no idea that he had this porn addiction until he was arrested in 2021, I can now see how tortured and tormented he was, struggling to deal with it, and one reason why, when he was in high school, had a severe drinking problem.

There was a lot of chaos in our home, although I did my best to create a safe healthy environment, homeschooling my children and monitoring TV time and activities with friends. Jake's older half sister, my second child, was 12 1/2 when Jake was born. She began acting out and by the time Jake was 2, her behavior, running away and using drugs, was sometimes life threatening and I enrolled her in a Behavior Modification Treatment Center in Utah. She was there for 16 months. That year (2000) I gave birth to our fourth child (surprise baby), my 7th. Jake ( all the children, really) had lived through two years of added tension and dysfunction as I tried to protect my daughter from herself and at the same time be a buffer from Manny's harsh discipline.

When, in 2005 we separated, it was very hard on all of the kids of course, but it was particularly hard for Jake. Since birth he sucked his two fingers and rubbed the silk edging of his blankey for comfort. This was a constant behavior until his orthodontist explained the danger to his teeth when he was 12years old . He stopped that day.

Jake was always a very sweet sensitive little guy and cried sometimes when his older brothers picked on him. When he was with me I worked with all the boys to navigate unkindness and encourage family unity. But when Jake was at his dad's house, he expressed that there was little protection, and his dad would get angry if he cried. He would also bring down the boom and punish everyone when Jake cried, leaving the older two boys even angrier with him. For many years he cried every week when it was time to go to his father's house. His father never would acquiesce to Jake's unhappiness and in fact it made him angry when Jake expressed these emotions. After a few years, when the kids were all old enough, they were able to appeal to the courts to spend less time at their father's home. Things were easier at that point but they'd already spent about 5 years living with a hostile co-parenting environment and it had really taken its toll on all of them. Jake was also battling the porn demons and he was starting to drink by about age 13. His acting out eventually became very destructive and after awhile I was waking up to do bed checks in the middle of the night and doing all that I could to keep him safe. I was making appeals to our youth group leader, and doing my best to keep Jake engaged in baseball and piano lessons. Of course there were consequences for his behavior, but nothing seemed to work in helping him to stop.

Jake was also the risk taker from a very young age. I recall one family outing when he was 3 or so, we were hiking as a family and Jake kept climbing the rocks along the trail and hiking up higher, off trail. I kept having to tell him to come down. We were a camping family and fire, water, hiking were what we did. But Jake did it all a bit more risky than I liked. When he began drinking and the destructive behaviors, the riskiness continued, and he seemingly had no concept of what "could" happen. I actually asked our Dr. if a person could be born without a prefrontal cortex, as it seemed like Jake didn't have one. Or, it just wasn't functioning well. The Dr assured me that some kids, especially boys, take longer to develop this part of the brain, but that he would eventually get better. I believe that this slow-to-mature part of his brain is one reason why Jake acted on some impulses that others would not, because they could reason out what might happen if they acted on them.

Jake's dad didn't want to engage with me regarding my concerns over Jakes immaturity so there was no unity in trying to address it. Because his dad and I were rarely on the same page, this added to the struggles within the family. I viewed his discipline as harsh and heavy handed. I was trying to encourage him to address Jake's emotional needs but he did not like me "telling him what to do". Looking back, I was less punitive than I should have been because of what I viewed as harsh consequences at his

father's home. It was all very painful for all of us, including myself and his older sisters who were very close to their younger siblings.

After years of drinking, displaying destructive behavior and more than one trip to the ER with alcohol poisoning, Jake was on parole and stealing alcohol from stores and generally a very troubled young man. Then, at 17, he took his sister's car one night and crashed it. He badly broke his ankle and felt terrible for what he did to her car. The car was totaled and I couldn't imagine how hen survived it. That day he quit drinking and turned his life over to Christ. He completely turned his life around. He began meeting daily with the youth pastor, it was summer and the youth pastor was working at the church office with his young children in tow.

After his life changing decision for Christ, Jake met a lovely young lady whom he dated for two years long distance. At age 20 he moved to Ohio where she was enrolled in college. He had some negative experiences there, and without a lot of coping mechanisms in place, I believe he began to struggle more with his addictions. I cannot speak very accurately about what was going on in his life from 20-23 years of age, because he was states away and was not telling me about any difficulty he was having. He came home for holidays and his fiancé came several times too. I absolutely adored her. I still do. She and her entire family are the nicest people. It is one heartbreak of many that I have lost those relationships too.

Jake was to be married on July 4, 2021 but the wedding was called off due to Jake's behavior. I had absolutely no idea what illegal and immoral activity he was involved in until he was arrested in Sept of 2021. It has been gut wrenching to live through this time. To think that my very kind and Godly son had been doing the things he is charged with is hard to process. Equally difficult is imagining what those parents must have gone through as they learned of his behavior too. It is all so heartbreaking with so many lives affected by his actions. I so long to apologize to the many people he has hurt, but that day will have to wait.

When Jake came back home to California I do not think he truly grasped the gravity of the situation. I think that his brain was still not as high functioning in the reasoning areas and it took some time before I saw him begin to recognize the trouble he was in and the hurt he had caused. He and I never discussed in detail what he did, at the behest of his attorney, so I really only know what I've read online.

I invited Jake to my church and he hit the ground running, getting involved in my church coed small group, 2 men's groups, Celebrate Recovery, AA, therapy and multiple mentoring relationships. He enrolled in an app that kept him accountable to another man, he had at least one AA sponsor, and he was working the steps, just doing all that he could to reshape his mind and put his old ways behind him.

And he chose to do all of this because he desired change. He wasn't on probation. There was nobody checking in on him, he was adhering to what the courts had required of him in terms of his behavior.

If Jake wasn't at work (he was employed nearly the entire 6 months) then he was at a church group, meeting with a mentor or sponsor, encouraging another struggling person, or studying God's word or another self help book.

My son has impacted so many people for the good in his short life. He's also wounded and scarred others. He and I both know that there are consequences for his actions. My prayer is that you have had a glimpse into his huge heart, understood why he may have done some of the things that he has done,

and see a redeemable young man. I pray that you might see the good in him, the choices he made in his short 6 months home, and allow him out to serve others as a free man sooner than later. I know that Jake has a servant's heart and will be serving God and others no matter where he is, but as his mom, I do long to sit in church with and across the kitchen table with him, and watch him care for others, as he does so well.

Thank you for your time in reading this very long letter.

Kathy Guerrero

To whom this may concern:

My name is Sean Thompson, I am a 44 year old man living in Sacramento, CA I work for Amtrak for the past 19 years and also a former sober living house manager and resident with over 16 years of sobriety from drug and alcohol addiction. I am a member of The Father's House Church in Vacaville as well and currently recovering from sex and love addiction, rooted in child hood sexual abuse, and trauma from growing up in a dysfunctional house hold.

The reason I greet you at length is to lay out what has shaped my identity and how NOW my identity is being RESHAPED, molded and rebranded by healing and restoration one day at a time.

I met Jake indirectly during my healing journey for sexual intergrity at a Christian recovery ministry at my church called Celebrate Recovery. We were both in the same men's small group where we began to address our sexual addiction and acting out behaviors. I was pretty new to the group myself and Jake had been attending before me.  How we began fellowship is I had mentioned to a mutual friend we had which was his AA sponsor that I needed support with physically getting to church because I had been in stagnation  and our mutual friend had mentioned he knew a guy, his sponsee (Jake), who attended The Father's House and would pick him up. And one morning Jake showed up for me and I recognized him from our integrity group and it was like I had met him for the first time even though I had been sitting in group with him a few times. So here you have a 24 year old supporting someone that's 42-43 years old at the time with triple the amount of time sober than he had to church.  Jake essentially 12 stepped me back into church and helped reactivate my own faith journey as a Christian. He was such a natural at reaching out and fostering community.   I didn't know much of his situation at all. We began spending time doing program calls and hanging out after Celebrate Recovery.

I knew Jake was fighting hard to restore his life by being in AA with a sponsor, working the steps, attending church, plus 2 different small groups, plus a therapist I think, even meeting one to one with a couple of elder men in the church/recovery settings. He was fighting. It looked exhausting but that's what we do.

He eventually reached  out to me to help him with his 4th step in AA being that I was 14 to 15 years sober at the time. I was honored that THIS guy that seemed on fire for God and recovery wanted help from ME even though he had tons of support. I think Jake may have been drawn to my honesty and similar backgrounds in our testimonies. My style of recovery is to dig and get to the root cause. From there I got more exposure of his acting out and that it lead to illegal conduct. That was not new to me since I have seen dozens of men recover and gain freedom in 12 step programs like Sex Addicts Anonymous and Sexaholics etc. So I wanted to assure him life was NOT over. You aren't an outcast. There is hope. You aren't alone etc. But he seemed really defeated but yet hopeful...

Then eventually I was able to lead him to being more vulnerable and he shared all of his behavior and conduct and the potential ramifications. Again, I wasn't too shocked but learned the legal consequences were weighty! He seemed to really have no chance to redeem himself even though he's clearly amending his ways through the work I mentioned above and the work he's continuing to do while incarcerated. I recall him mentioning he will have to go to court and then serve time. I visited him in Sacramento County jail and I don't just visit ANYBODY. I've seen doesn't of people get locked up, die you name it. But I believe Jake is one of the winners for lack of better words. He's not just changing to get the law off his back I believe the law woke him up to the healing journey he was already on before illegal conduct began. Sadly those behaviors are learned and I believe they don't define him and can and are

being unlearned.  I am grateful the behavior was arrested and he is suffering the consequences. I just plead that he doesn't have to suffer those consequences all his adult life becuase he has SO much to give back to other men that are in the grips of this illness, disease that want out. I am on the outside and there are many men with similar situations that are thriving in healing in their lives and I would like to see Jake out sooner than later and he has a nice sized community and family out here that's eagerly waiting his return.

I don't know what I can really say to whom is reading this. The behavior has been done. The harm to others has been done and he broke the law by far.  But the behavior is currently arrested and being treated! Jake is undergoing a mental, spiritual and emotional alteration. He wants to change and  is changing! He is a person who knows hes sick, and wants to amend that behavior by not practicing it. What does our justice system really believe about men that actual turn it around through the power and Grace of God?


Yours Truly,



Sean Thompson

January 11, 2024

Your Honor,

In the brief period that I met Jake Guerrero through a small prayer group, I saw a young adult seeking to grow in holiness and to being guided by God. I saw a person with a contrite spirit wanting to effect change. Jake was "studying to show himself approved" and had a positive impact on myself and other group participants.

I request leniency towards Jake.

Respectfully,

Sandy Barros

Your Honor,

My name is Suzanne Smith and I am a Financial Advisor in the Sacramento area. I have known Kathy Guerrero since high school. We hadn't seen each other in 20 years until we were both in the hallway at the Yolo County courthouse waiting for our sons to appear in juvenile court. They were both in juvenile hall. Our sons actually met each other during that time. When my son Scott came home after his release, he told me about meeting Jake and how Jake helped him to feel calmer. He said that Jake talked to him about his church youth group and suggested Scott attend to help him find support. Scott said that he felt an overwhelming sense of relief after that and actually felt a spiritual experience that he'd never felt before. Over the next couple years Scott attended church occasionally with me and connected with Jake numerous times. Jake was able to continue to provide a means of support for Scott.

I feel that Jake may have made some mistakes, but that he is a young man with the potential for rehabilitation if given the help that he needs to overcome his issues. He is a kind, caring human being with mental health conditions that can be treated. Please give him a chance, he's worth it!

Thank you for your consideration.

Sincerely,

Suzanne Smith

Your honor

My name is Manuel Guerrero. I am Jacob Guerrero's father. Jacob is my third out of four children. He grew up in Davis CA. I have three sons and one daughter. I was married to Jake's mom, Kathy, later in life at the age of 40, and we had four children in five years. She brought three daughters into the marriage. The marriage was difficult from the beginning, and by the time Kathy was pregnant with him there was already a lot of discord in the home. Within a few months of his birth, his mom filed for a legal separation, although we did not physically live apart until he was seven years old. His sister was born when he was two.

As you can imagine, with seven children in the home and a marriage fraught with arguments and disagreements, his young life was not stress-free. I am sure this was not the healthiest environment to be raising children in but we were doing the best we could.

I was a police officer in town and worked 12 hour days, allowing me more days off with family. As a police officer, I have seen firsthand the results of criminal behavior to their victims and have great compassion for those who have been harmed by my son's actions. I have interacted with numerous crime victims so I do not make any excuses for, and am not dismissive of the seriousness of Jake's crimes.

I worked many overtime hours in addition to my regular shift. Kathy homeschooled all of the children with some public school and independent study (that is public school at home) interspersed throughout all of their educational years. They all eventually went to public Jr.High and high school and graduated from public school. We were trying to give them the best education and a wholesome upbringing. We went to church and the kids were involved in youth programs. All of the children played travel level sports and the boys did cub scouts. It would appear that they should have had a very full and well rounded childhood.

Unfortunately, I believe the discord in the home and eventual divorce created more emotional struggles with the children than all the homeschool, church involvement and extracurricular activities could overcome. In a nutshell, Jake had a great deal of insecurity growing up.

When he should have started talking, he didn't. He was trying but he was difficult to understand. By the time he was four years old he was easier to understand but still had an obvious speech impediment. He was a late reader due to a brain processing problem that was resolved with one on one reading help from his reading specialist grandmother in the 2nd grade. He stuttered and had a speech impediment that were both cleared up by the

time he completed his reading tutoring. He sucked his two middle fingers until he was 11 or 12, using the silky edge of a blanket (as he got older the blanket went away and just a small edge stayed in his pocket) for tactile comfort.

Even with all his struggles, Jake was well liked, had a lot of friends and every coach he ever had gave glowing reports on his demeanor on the team/turf/field. Jake made friends easily and was kind and compassionate. His friend's mothers would tell us of his kindness and respectful behavior when he was in their home for play dates.

After his mom and I split up when Jake was 7, I lived in a two bedroom apartment for two years until I could buy another home. It wasn't ideal, as there were mostly older people and college students living there, but it's what I had. I had 50% custody until a few years later as the children got older and I moved to the next town, I had them every other weekend.

During my time at this apartment Jake met another child who exposed him to porn. I was entirely unaware of this and apparently the exposure caused a lot of unhealthy curiosity. Although Jake knew it was wrong, due to his upbringing, there was an internal struggle that he battled over his teen years. Neither his mom nor I were aware of it.
I did my best as a single dad to provide fun trips and proper upbringing but I was working long hours and as preteens and teenagers the kids were alone at my house or out with friends regularly. Jake's older brothers and him argued a lot and, being the youngest, (and sensitive) son, he bore the brunt of it.

After a very tumultuous high school and teenage years Jake finally (at17) committed his life to Christ and turned it all around practically overnight. He spent his last year of high school doing independent study and graduated a semester early. He was in a close mentoring relationship with the youth pastor and very involved in the church youth group. He met a lovely young woman, started community college and was doing very well. After a couple years of them dating he moved to Ohio to be near her and go to college there. She was in a Christian college and, although he didn't attend her school he got a job and went to Liberty Christian online. He lived across the country and so I'm not clear on the details of his life at this point. We stayed in communication but it was only during a few visits home with his girlfriend and eventual fiancee that we got to have some longer conversations. During Covid his girlfriend's family took him into their home where he stayed in Massachusetts until he got his own apartment that he was to eventually share with his future wife. All that he was going through during this time emotionally was unknown to me but obviously he was struggling a lot. He was to be married July 4, 2021 but it was called off two weeks prior. He was arrested in fall of 2021 and came home for 6 months while the legal process moved

forward.

His choices and change in behavior at that point was nothing short of astounding. He was under no court supervision, but on his own, right away, he started going to a wonderful church, got a full time job, joined two men's groups and a Christian recovery group called Celebrate Recovery.

He also went to AA and had a sponsor working on the 12 steps with him. Additionally, he found an online therapist that he met with weekly.

He was so eager to become the man that God created him to be and to put his sinful and destructive life behind him. He invited me to his church and we went to one of his small groups together. He lived with me the entire time and, except for work and church/recovery related activities, he was home. He made many good, supportive Christian friends and an older gentleman mentored him well. After 6 months home, immersing himself in changing his life and thoughts and actions, he was arrested by the FBI and taken back east. While this is all heartbreaking to me as his father, Jake understands there must be justice for his actions and the pain he's caused others, as do I.

His behavior while in prison has been one led by his relationship with God and his actions have been kind and supportive to the prisoners around him. He's been holding Bible studies and praying for his fellow inmates. He is a regular attendee of the religious services that are available to him. I'm very proud of the choices he's been making since his arrest years ago, and pray that the court will take the voluntary changes he's made into consideration and have mercy on him in sentencing. Thank you for your time.