SSN: XXX-XX-2843   STUDENT ID: 0438641
Jacob M. Guerrero
2629 Grambling  Ct
Davis CA 95618

```
SOC 1110 INTRODUCTION TO SOCIOLOGY     3.00 TR    0.00
STT 2640 ELEMENTARY STATISTICS I       3.00 TR    0.00
ENG 1111 ENGLISH I                     3.00 TR    0.00
ENG 1112 ENGLISH II                    3.00 TR    0.00
PSY 1111 INTRODUCTION TO PSYCHOLOG     3.00 TR    0.00
              ATT    CPT    PTS    GPA
TERM TOTALS   0.00  15.00   0.00  0.000
 CUM TOTALS   0.00  15.00   0.00  0.000

Fall 2018
BIO 1410 FUNDAMENTALS OF BIOLOGY       4.00 A    16.00
ENG 1600 INTRODUCTION TO LITERATUR     3.00 A    12.00
PSY 2230 ABNORMAL PSYCHOLOGY           3.00 A    12.00
PSY 2218 INTRO EDUCATIONAL PSYCHOL     3.00 A    12.00
HST 1210 AMERICAN HISTORY TO 1865      3.00 A    12.00
              ATT    CPT    PTS    GPA
TERM TOTALS  16.00  16.00  64.00  4.000
 CUM TOTALS  16.00  31.00  64.00  4.000
```

UNOFFICIAL

Clark State Community College
570 E. Leffel Ln.
P.O. Box 570
Springfield, Ohio 45501

```
***********************************************
* Prior to Fall 2012 = Quarter Calendar        *
* Fall 2012 - Present = Semester Calendar      *
* All hours reflected on this transcript are   *
* now converted to semester hours.             *
***********************************************

*************** END OF TRANSCRIPT ***************
```