# Lawrence M. Tunis, EdD, LMFT
415-847-3677
www.larrytunis.com
Email: drlarrytunis@gmail.com
**Mailing address:**

| 130 Greenfield Ave, Suite A | 133 Professional Ctr Pkwy | 744 Empire St. #260 |
| San Anselmo, CA 94960 | San Rafael, CA 94903 | Fairfield, CA 94533 |

May 2, 2022

United States District Court Eastern District of California
ROBERT T. MATSUI FEDERAL COURTHOUSE
501 I Street, Room 4-200
Sacramento, CA 95814

**RE: JACOB GUERRERO**
**DOB: 05/03/1998**

To Whom It May Concern:

This is to inform you that Mr. Jacob Guerrero has been under my care attending regular, weekly psychotherapy sessions since early January, 2022. He has been actively engaging in treatment and I am seeing progress.

It is my hope that Mr. Guerrero can be permitted to reside with his father in California, continuing his psychotherapy, while his case is pending in Massachusetts.

I believe that Mr. Guerrero fully appreciates the wrongfulness of unlawful behavior and that he is capable of understanding the conditions of the court and the importance of controlling his actions if he were to be released.

Sincerely,

*[signature: Lawrence M. Tunis]*

Lawrence M. Tunis, LMFT
MFC47576