# Certificate of Completion

This certificate is awarded to

### JACOB GUERRERO

on

*8/5/2022*

In recognition of successfully completing the program

*THEATER STUDIES "12 ANGRY MEN" & "HARRIET TUBMAN"*

_____
Wyatt Detention Facility, Programs

_____
P. Monahan, Education

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

## Jacob Guerrero

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## Effective Communication

Granted October 21, 2022

_Betsy E. Riccio, LMHC, MH Coordinator_

# Certificate of Completion

This certificate is awarded to

## JACOB GUERRERO

on

*11/7/2022*

In recognition of successfully completing the program

**SEPTEMBER 11 - ATTACK ON NEW YORK CITY; THE HUNT FOR OSAMA BIN LADEN**

_____
Wyatt Detention Facility, Programs

_____
P. Monahan, Education

# DONALD W. WYATT DETENTION FACILITY
# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

## Jacob Guerrero

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

Letter to My Younger Self

Granted February 27, 2023

_____
Betsy E. Riccio, LMHC, MH Coordinator

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JACOB GUERRERO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Freedom Writers, Civil Rights Movement*

At The Donald W. Wyatt Detention Facility

_____
KRISTEN DAMASO
Major
3/3/2023



# CERTIFICATE *of* COMPLETION

PRESENTED TO

# JACOB GUERRERO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

## *Rational Thinking - 2023*

At The Donald W. Wyatt Detention Facility

*[signature]*

KRISTEN DAMASO
Major
2/27/2023



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

**JACOB GUERRERO**

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

**SEX OFFENDER TREATMENT**

ENROLLED SINCE 8/04/2022

GRANTED NOVEMBER 17, 2023

_____

BETSY E. RICCIO, LMHC, MENTAL HEALTH COORDINATOR

# CERTIFICATE of COMPLETION

### PRESENTED TO

## JACOB GUERRERO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

### *Freedom Writers, Civil Rights & When We Were Kings*

At The Donald W. Wyatt Detention Facility

_____
KRISTEN DAMASO
Major
3/21/2023

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JACOB GUERRERO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

### *Criminal Lifestyles - 2023*

At The Donald W. Wyatt Detention Facility

*[signature]*
SUSAN DEVONIS
Programs Dept.
5/22/2023



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JACOB GUERRERO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Diary of Anne Frank, Boy in the Stripped Pajamas, Holocaust*

At The Donald W. Wyatt Detention Facility



SUSAN DEVONIS
Programs Dept.
5/22/2023



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JACOB GUERRERO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Living With Others - 2023*

At The Donald W. Wyatt Detention Facility

_____
SUSAN DEVONIS
Programs Department
6/5/2023



# Donald W. Wyatt Detention Facility

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# Jacob Guerrero

#### TO CERTIFY THAT HE HAS COMPLETED TO SATISFACTION:

*Manage Stress Workbook*

Granted June 29, 2023

_____

*Rachel R. Candelaria, MA, Mental Health Counselor*

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JACOB GUERRERO

96153-509

HAS SUCCESSFULLY COMPLETED THE

*J-2 Book club: The Soul of a Butterfly – Mohammed Ali; The Change Agent; Heaven is For Real*

At The Donald W. Wyatt Detention Facility

Lus Jimenez
Program Director
April 2024

Paul Monahan
Education Specialist