UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 22-CR-10142-NMG |
| | ) |
| JACOB GUERRERO | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Annapurna Balakrishna, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

                                              Respectfully submitted,

                                              LEAH B. FOLEY
                                              United States Attorney

                            By:    */s/   Annapurna Balakrishna*
                                              ANNAPURNA BALAKRISHNA
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3100
Dated: October 23, 2025                    annapurna.balakrishna@usdoj.gov